

RECEIVED
UNITED STATES
ATTORNEY

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII



'05 MAY -9 A7:32

In re: David M. Schultz
Barbara J. Lewis-Schultz

Case No. 02-00489 LK(?)

Chapter 7

_____ Debtor[s] _____

## APPLICATION FOR UNCLAIMED FUNDS

We declare, under penalty of perjury, that the following statements and information are true and correct:

1. We are requesting funds in the amount of $ 1863.62 which have been paid into the court by the trustee in this case for the following creditor:

   Name: The Golds
   Address: #7 Nuehlenstrasse, D-25746 HEIDE, GERMANY

   Last four digits of SS # or Fed. EIN # of the creditor: N/A

2. Please check the appropriate box and provide the information requested below:

   [X] We are the creditor named in paragraph 1.

   [ ] I am the President or Chairman of the Board of Directors of the creditor listed in paragraph 1 which is a corporation or I am a general partner of the creditor which is a partnership. I am authorized by the creditor to seek payment of this claim and I have attached proof of my authority to act.

   [ ] I am the legal representative of the creditor named in paragraph 1 and I have attached an original, notarized power of attorney [or other document giving applicant the right to act on behalf of the creditor] to this application. [Note that if you are the representative of a deceased creditor you must attach a death certificate and proof of authority to act for the estate of the creditor.]

   [ ] I am a successor in interest [or it's legal representative] and I have attached documentation which establishes my right to make this claim. [Please attach a detailed history showing the succession of interest from the named creditor to you or the entity which you represent].

3. We have sent a copy of the application and supporting documentation to the Office of

the U.S. Attorney at 300 Ala Moana Blvd., Room 6100, Honolulu, HI 96850.

4. W/I understand that pursuant to 18 U.S.C. §152, I may be fined not more than $5,000, or imprisoned not more than five years if I have knowingly and fraudulently made any false statements in this document or provided false and fraudulent documentation as part of this application.

_Maren Gold_ (Signature of Applicant)

Maren Gold
Typed or printed name of Applicant

_Klaus Gold_ (Signature)

Klaus Gold

#7 Muehlenstr.
Address of Applicant

D-25746 HEIDE
GERMANY

0149 48177554
Telephone Number of Applicant

mk.gold@freenet.de
Email Address of the Applicant

STATE OF GERMANY, COUNTY OF Dithmarschen
On 05-03-2005 before me personally appeared Maren Gold and Klaus Gold
Date

The applicant who signed above is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) [CARSTEN WILHELMI * NOTAR IN HEIDE]

_signature_
Notary Public

My Commission Expires on: n/a

Urkundenrolle Nr. 188 Jahr 2005
Die umstehenden, heute vor mir gefertigten Namensunterschriften der Eheleute
Maren Gold geb. Off, geb. am 07.08.1947, und Klaus Gerhard Gold, geb. am 29.06.1948,
wohnhaft Mühlenstraße 7, 25746 Heide, jeweils ausgewiesen durch gültigen
Reisepaß der BRD, beglaubige ich hiermit.
Der Notar fragte nach einer Vorbefassung im Sinne von § 3 Abs. 1 Nr. 7 BeurkG. Sie
wurde von den Beteiligten verneint.

Heide, 03.05.2005

Kostenberechnung:
Geschäftswert: 3.000,00 EUR
Gebühr §§ 141, 32, 45 KostO         10,00 EUR
16 % Mehrwertsteuer                  1,60 EUR
                              Sa.:  11,60 EUR
                              =================

_signature_
N o t a r

Case Name: David M. Schultz
Barbara J. Lewis-Schultz
Case no. 02-00469 LK

### Verification of Funds on Deposit

A review of the financial records of this court indicates that unclaimed funds in the amount of $ 1865.14 is being held for the creditor listed in paragraph 1 of the application.

Date: 5/9/05

_____
Deputy Clerk

### Agreement of United States Attorney

The undersigned employee of the Office of the U.S. Attorney for the District of Hawaii has received this application and does not oppose the payment of unclaimed funds to the applicant as has been requested.

Dated: 5/11/05 _____
Office of the U.S. Attorney, District of Hawaii

---

### ORDER APPROVING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS

Upon review of the preceding application for unclaimed funds,

IT IS ORDERED that the application above is granted, and

IT IS FURTHER ORDERED that the Clerk may disburse the funds to the applicant.

Dated: MAY 19 2005

_____
Robert J. Faris, Bankruptcy Judge

